UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF


v.                                                Criminal No. 21-CR-00013-GNS


**MIRSAD RAMIC**                                          DEFENDANT

## NOTICE OF INTENT TO USE
## FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to the Court and to defendant Mirsad Ramic, that

pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends

to offer into evidence, or otherwise use and disclose in any proceeding in this matter, information

obtained or derived from electronic surveillance and physical search conducted pursuant to the

Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, Title 50, United States Code,

Sections 1801-1812, and 1821-1829.

MICHAEL A. BENNETT
United States Attorney


*s/ Joshua Judd*
Joshua Judd
Christopher C. Tieke
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
Fax:   (502) 582-5067
Joshua.judd@usdoj.gov
Christopher.tieke@usdoj.gov

*/s/ Danielle Rosborough*
Danielle S. Rosborough
Jessica K. Fender
Trial Attorneys, National Security Division

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.
Phone:  202-305-4596
Danielle.Rosborough@usdoj.gov
Jessica.Fender2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, I electronically filed the foregoing document using the ECF system, which will send notification of filing to the counsel of record.

/s/  Joshua Judd
Assistant U.S. Attorney