UNITED STATES DISTRICT COURT
Western District of Kentucky

**EXHIBIT INVENTORY**

Case Number: 1:21-CR-13 Style of Case: USA v Ramic
Received from: T. Horton Received by: [signature] Date: 12-1-2025

Proceedings: Jury Trial - June 2024

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| | | | |
| | (see attached) | | |

NOTES: Exhibits filed in Paducah.

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
OTHER DISPOSITION:
**DATE:** **RETURNED BY:** , **Deputy Clerk**

USA v. Ramic
Criminal Action No. 1:21-CR-13-GNS

# Exhibit Inventory – June 2024 Jury Trial

GOVERNMENT EXHIBITS:

| | |
|---|---|
| 1 | Map |
| 2 | Map |
| 3 | Map |
| 4 | Photographs |
| 5 | Picture in Arabic |
| 6 | Photograph |
| 7 | Photograph |
| 8 | Photograph |
| 9 | Photograph |
| 10 | General Directorate of Borders form |
| 10A | General Directorate of Borders form |
| 11 | General Directorate of Borders form |
| 11A | General Directorate of Borders form |
| 12 | General Directorate of Borders form |
| 12A | General Directorate of Borders form |
| 13 | Photograph |
| 14 | Photograph |
| 15 | Photograph |
| 16 | Photographs |
| 17 | Photograph |
| 19 | Maps |
| 20 | Photograph |
| 22 | Photographs |
| 23 | Photograph |
| 24 | Photograph |
| 25 | Photograph |
| 26 | Photograph |
| 29 | Photograph |
| 30 | Photographs |
| 31 | Photograph |
| 37 | Certificate of Naturalization |
| 38 | U.S. Bank records |
| 39 | PNC Bank records |
| 40A | Passenger Name Record |

| | |
|---|---|
| 40B | Record Detail |
| 41 | Ramic records |
| 43 | Information for Khalaf F. Alkhalaf |
| 44 | Information for Abdulah M. Alnwfal |
| 45 | E-mails |
| 46 | E-mails |
| 47 | Photograph of passport |
| 48 | Photograph of driver's license |
| 49 | E-mails |
| 50 | E-mails |
| 50B | E-mails |
| 50C | E-mails |
| 51 | E-mails |
| 52 | E-mails |
| 53 | E-mails |
| 54 | E-mails |
| 55 | E-mails |
| 56 | Requirements of Jihad notes |
| 57 | Twitter |
| 57A | Twitter translation |
| 58 | Twitter |
| 58A | Twitter translation |
| 59 | Document |
| 60 | Social media photographs |
| 61 | Paltalk UID search |
| 62 | Kik records |
| 63 | Yahoo! Account Management Tool |
| 65A | Chats |
| 65B | Photographs |
| 69 | Digital evidence |
| 70 | Photograph |
| 71 | Photograph |
| 72 | Photograph |
| 73 | Photograph |
| 74 | Photograph |
| 75 | Photograph |
| 76 | Photograph |
| 77 | Photograph |
| 78 | E-mails |
| 79 | Map |
| 80 | Map of Syria |
| 81 | Map |
| 82 | Photograph |

| | |
|---|---|
| 83 | Still image |
| 84 | Still image |
| 85 | Border crossing documents |
| 86 | Photographs |
| 87 | Online Communications |

Government Exhibits located on thumb drive.

DEFENDANT EXHIBITS:

| | |
|---|---|
| 1 | Cooperation Agreement |
| 2* | FBI report (SEALED) |
| 3 | FBI report |

Deposition exhibits:

| | |
|---|---|
| 1-11 | Photographs |

*Defendant Exhibit 2 SEALED.

Deposition of witness in lieu of live testimony located on thumb drive.